UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. GHIACIUC,

    Plaintiff,

v.                                                                              Case No. 13-12756

BANK OF AMERICA, N.A., a                     Hon. Terrence G. Berg
foreign corporation, BAC HOME            Magistrate: David R. Grand
LOANS SERVICING, LP, a foreign
limited partnership,  NATIONSBANC     Removed from: Macomb County Circuit
MORTGAGE CORPORATION,                  Court
NATIONSBANK CORPORATION,             Case No. 13-0926
both foreign corporations, FANNIE
MAE a/k/a FEDERAL NATIONAL
MORTGAGE ASSOCIATIONS,
Jointly and Severally,

    Defendants.

---

**DEFENDANT BANK OF AMERICA, N.A.'S RULE 7.1 DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

    Pursuant to E.D. Mich. L.R. 83.4 and Fed. R. Civ. P. 7.1, Defendant Bank of America, N.A. ("Bank of America"), individually and as successor by merger to BAC Home Loans Servicing, LP and NationsBanc Mortgage Corporation, files this statement of disclosure of corporate affiliations and interest.

    Bank of America, N.A. makes the following disclosure:

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

        Yes __X__          No _____

2.     Does the party have any parent corporations?

        Yes __X__          No _____

    If "Yes", identify all parent corporations, including grandparent and great-grandparent corporations:

**Bank of America Corporation is the parent corporation of Bank of America, N.A.**

3. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   Yes  X           No _____

If "Yes", identify all such owners:

**Bank of America Corporation**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   Yes _____     No  X

Dated: June 21, 2013

Respectfully submitted,

BODMAN, PLC


By: /s/Trevor M. Salaski
    Trevor M. Salaski (P74703)
6th Floor at Ford Field
1901 St. Antoine
Detroit, MI 48226
313.259.7777
tsalaski@bodmanlaw.com
*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP*

## Certificate of Service

I hereby certify that on June 21, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Joseph H. McKoan IV
Law Offices of McKoan, McKoan & McKoan
8061 Marsh Road
PO Box 312
Algonac, MI 48001
*Counsel for Plaintiff*

BODMAN PLC

By: /s/Trevor M. Salaski
Trevor M. Salaski (P74703)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI  48226
313.259.7777
tsalaski@bodmanlaw.com
*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP*

Detroit_1317912_1