**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL J. GHIACIUC,

       Plaintiff,

v.

BANK OF AMERICA, N.A., a foreign
corporation, BAC HOME LOANS
SERVICING, LP, a foreign limited
partnership, NATIONSBANC
MORTGAGE CORPORATION,
NATIONSBANK CORPORATION,
both foreign corporations, FANNIE
MAE a/k/a FEDERAL NATIONAL
MORTGAGE ASSOCIATIONS, Jointly
and Severally,

       Defendants.

Case No.   13-12756

Hon.  Terrence G. Berg
Magistrate David R. Grand

Removed from: Macomb County Circuit Court
Case No. 13-0926
Hon. Edward A. Servitto

---

**FANNIE MAE'S STATEMENT**
**OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

      Pursuant to Federal Rule of Civil Procedure Rule 7.1 and E.D. Mich. L.R. 83.4, Federal

National Mortgage Association ("Fannie Mae") makes the following disclosure: *(NOTE: A*

*negative report, if appropriate, is required.)*

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     Yes ☐       No ☒

     If the answer is yes, list below the identity of the parent corporation or affiliate and the
     relationship between it and the named party.

     Parent Corporation/Affiliate Name: **N/A**
     Relationship with Named Party: **N/A**

2.     Is there a publicly owned corporation or its affiliate, not a party to the case, that has a
     substantial financial interest in the outcome of the litigation?

     Yes ☐       No ☒

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name: **N/A**
Relationship with Named Party: **N/A**

Respectfully submitted,
BODMAN PLC

By: /s/Trevor M. Salaski
Trevor Salaski (P74703)
BODMAN PLC
6th Floor at Ford Field
Detroit, MI 48226
(313) 259-7777
tsalaski@bodmanlaw.com
Dated: June 21, 2013              Attorneys for Fannie Mae

## CERTIFICATE OF SERVICE

I hereby certify that on **June 21, 2013**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

In addition, I served the foregoing paper via U.S. Mail to:

Joseph H. McKoan IV
Law Offices of McKoan, McKoan & McKoan
8061 Marsh Road
PO Box 312
Algonac, MI 48001

By: /s/ Trevor M. Salaski
Trevor M. Salaski (P74703)
Bodman PLC
Attorneys for Defendants
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
(313) 393-7594