UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael J. Ghiaciuc,

        Plaintiff(s),

Case No. 13-12756

v.

Judge Terrence G. Berg

Bank of America, N.A., et al.

Magistrate Judge

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Bank of America Corporation as successor by merger to NationsBank Corporation** makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐  No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐  No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: June 21, 2013

/s/ Trevor M. Salaski

P74703
BODMAN PLC
1901 St. Antoine
6th Floor at Ford Field
Detroit, MI 48226
313-259-7777
tsalaski@bodmanlaw.com

**Certificate of Service**

I hereby certify that on June 21, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Joseph H. McKoan IV
Law Offices of McKoan, McKoan & McKoan
8061 Marsh Road
PO Box 312
Algonac, MI 48001
*Counsel for Plaintiff*

BODMAN PLC

By: /s/Trevor M. Salaski
    Trevor M. Salaski (P74703)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
313.259.7777
tsalaski@bodmanlaw.com
*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP*

4