UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. GHIACIUC,

    Plaintiff,

v.

BANK OF AMERICA, N.A., a foreign corporation, BAC HOME LOANS SERVICING, LP, a foreign limited partnership, NATIONSBANC MORTGAGE CORPORATION, NATIONSBANK CORPORATION, both foreign corporations, FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATIONS, Jointly and Severally,

    Defendants.

Case No. 13-12756

Hon. Terrence G. Berg
Magistrate David R. Grand

Removed from: Macomb County Circuit Court
Case No. 13-0926
Hon. Edward A. Servitto

## APPEARANCE OF COUNSEL

Brian C. Summerfield, of BODMAN PLC, hereby enters his appearance on behalf of Bank of America, N.A., BAC Home Loans Servicing, LP, NationsBanc Mortgage Corporation, NationsBank Corporation, and Fannie Mae a/k/a Federal National Mortgage, Association in the above-captioned matter.

    BODMAN PLC

    By: /s/ *Brian C. Summerfield*
    Brian C. Summerfield (P57514)
    Trevor M. Salaski (P74703)
    6th Floor at Ford Field
    1901 St. Antoine
    Detroit, MI 48226
    (313) 259-7777
    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I electronically filed this Certificate of Service along with a copy of the forgoing papers using the ECF system which will send notification of such filing to all attorneys of record.

BODMAN PLC

By: /s/ *Brian C. Summerfield*

Brian C. Summerfield (P57514)

2