UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael J. Ghiaciuc,

                        Plaintiff(s),

v.                                        Case No. 4:13–cv–12756–TGB–DRG
                                               Hon. Terrence G. Berg

Bank of America, N.A., a foreign
corporation, et al.,

                        Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Terrence G. Berg at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan. The following motion(s) are scheduled for hearing:

      Motion to Dismiss – #7

- MOTION HEARING: September 25, 2013 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/A Chubb
                                                         Case Manager

Dated: July 30, 2013