UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. GHIACIUC,

    Plaintiff,

v.

BANK OF AMERICA, N.A., a foreign corporation, BAC HOME LOANS SERVICING, LP, a foreign limited partnership,  NATIONSBANC MORTGAGE CORPORATION, NATIONSBANK CORPORATION, both foreign corporations, FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATIONS, Jointly and Severally,

    Defendants.

Case No.  13-12756

Hon.  Terrence G. Berg
Magistrate David R. Grand

## AMENDED APPEARANCE OF COUNSEL

    Trevor M. Salaski, of BODMAN PLC, hereby enters his appearance, as amended, on behalf of Bank of America, N.A., individually and as successor by merger to BAC Home Loans Servicing, LP and BA Mortgage, LLC, successor by merger to NationsBanc Mortgage Corporation; Bank of America Corporation, fka BankAmerica Corporation, fka NationsBank Corporation; and The Federal National Mortgage Association in the above-captioned matter.

          BODMAN PLC

          By: /s/ *Trevor M. Salaski*
          Brian C. Summerfield (P57514)
          Trevor M. Salaski (P74703)
          6th Floor at  Ford Field
          1901 St. Antoine
          Detroit, MI 48226
          (313) 259-7777
          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2013, I electronically filed this Certificate of Service along with a copy of the forgoing papers using the ECF system which will send notification of such filing to all attorneys of record.

                BODMAN PLC

                By: /s/ *Trevor M. Salaski*
                    Trevor M. Salaski (P74703)

Detroit_1330845_1