UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael J. Ghiaciuc,

                Plaintiff(s),

v.                                           Case No. 4:13−cv−12756−TGB−DRG
                                           Hon. Terrence G. Berg

Bank of America, N.A., a foreign
corporation, et al.,

                Defendant(s),

**NOTICE OF TELEPHONIC CONFERENCE**

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE:  September 13, 2013 at 10:15 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/A Chubb
                                                                Case Manager

Dated:   September 5, 2013