UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael J. Ghiaciuc,

                      Plaintiff(s),

v.                                        Case No. 4:13–cv–12756–TGB–DRG
                                                Hon. Terrence G. Berg

Bank of America, N.A., a foreign
corporation, et al.,

                      Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE:  September 25, 2013 at 10:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/A Chubb
                                                     Case Manager

Dated:   September 11, 2013