UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. GHIACIUC,

    Plaintiff,

v.

                         Case No.  13-12756
                         HON. TERRENCE G. BERG

BANK OF AMERICA, N.A.,
a foreign corporation, BAC HOME
LOANS SERVICING, LP, a foreign
limited partnership, NATIONSBANC
MORTGAGE CORPORATION,
NATIONSBANK CORPORATION,
both foreign corporations, FANNIE
MAE a/k/a FEDERAL NATIONAL
MORTGAGE ASSOCIATIONS,
Jointly and Severally,

    Defendants.
_____/

## ORDER OF DISMISSAL

On September 24, 2013, the Court was notified by the parties that a settlement had been reached in this matter.  Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.  Either party may apply to reopen this matter on or before **November 8, 2013,** to enforce the terms of the settlement.

                                        s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

Dated:  September 24, 2013

**Certificate of Service**

    I hereby certify that this Order was electronically submitted on September 24, 2013, using the CM/ECF system, which will send notification to all parties.

                                                                 s/A. Chubb
                                                                 Case Manager