UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

**MICHAEL J. GHIACIUC,**

    **PLAINTIFF,**

V.                                4:13-cv-12756-TGB-DRG
                                   CASE #: 13-12756
                                   HON. TERRENCE G. BERG

**BANK OF AMERICA, N.A. a**     **MAGISTRATE DAVID R. GRAND**
**foreign corporation, BAC HOME**
**LOANS SERVICING, LP, a foreign**
**limited partnership, NATIONSBANC**
**MORTGAGE CORPORATION,**
**NATIONSBANK CORPORATION,**
**both foreign corporations, FANNIE MAE**
**a/k/a FEDERAL NATIONAL MORTGAGE**
**ASSOCIATIONS, Joint and several.**

    **DEFENDANTS.**

| | |
|---|---|
| **Joseph H. McKoan IV(P55642)** | **Bodman PLC Atty. for Defendants** |
| **Attorney for Plaintiff** | by: Trevor M. Salaski(P74703) |
| 8061 Marsh Rd. P.O. Box 312 | 1901 Saint Antoine St. Fl 6 |
| Algonac, MI 48001 | Ford Field |
| 810-794-9379 | Detroit, MI 48226 |
| jmckoan@mckoanlaw.com | tsalaski@bodmanlaw.com |

### PLAINITIFF'S EX-PARTE MOTION TO RE-OPEN CASE NO. 13-12756

    Plaintiff, by way his attorney, hereby files his Ex-Parte Motion to Re-Open the above referenced case and allow Plaintiff's case to proceed on the merits.

    Plaintiff further states in support of his Motion the following:

1.     That Plaintiff is in exercise of his absolute right given him by this Honorable Court to re-open said case by December 2, 2013.

2.     That previous hereto, this case was administratively closed on 9/24/2013 to pursue settlement negotiations.

3.     That Plaintiff necessarily relied upon Defendants good faith actions.

4.     To date, nothing at all has been forthcoming from Defendants in the pursuit of a just settlement, making the filing of this motion absolutely necessary.

5.      That due to this Honorable Court's Plaintiff approaching deadline, Plaintiff is required to file this Motion to Re-Open the case in order to preserve Plaintiff's claim and allow the proceeding to be adjudicated.

6.      In order to assure Plaintiff's rights within this action are Preserved, this Motion is brought.

Wherefore, Plaintiff Requests that this Honorable Court hereby Order the Following:

    a.    Re-Open this cause allowing Plaintiff to proceed on the merits of the case as is allowed by way of this Court's administrative Order.

    b.    Add this case to the Court's docket in accordance with the Court's procedure.

    c.    Grant such other relief as this court deems equitable including but not limited to attorney fees, costs, and other relief appropriate under the circumstances.

Respectfully Submitted,

/s/Joseph H. McKoan IV
Joseph H. McKoan IV(P55642)
Attorney for Plaintiff
8061 Marsh Road P.O. Box 312
Algonac, MI  48001
810-794-9379
jmckoan@mckoanlaw.com

Dated:  December 1, 2013

## Certificate of Service

I, hereby certify that on **DECEMBER 1, 2013,** I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system as required.

/s/JOSEPH H. McKOAN IV
Joseph H. McKoan IV (p55642)
Attorney for Plaintiff
8061 Marsh Rd.  P.O. Box 312
Algonac, MI  48001
810-794-9379
jmckoan@mckoanlaw.com