UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael J. Ghiaciuc,

                Plaintiff(s),

v.                                        Case No. 4:13−cv−12756−TGB−DRG
                                        Hon. Terrence G. Berg

Bank of America, N.A., a foreign
corporation, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE: December 17, 2013 at 03:00 PM

    The conference shall be initiated by COUNSEL FOR PLAINTIFF.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/A Chubb
                                                              Case Manager

Dated: December 10, 2013